UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO, | Case No. 1:19-cv-00002-DAD-EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| CHAMPION HOME BUILDERS, INC., | |
| Defendant. | (ECF No. 9) |

Plaintiff, Robert Navarro, and Defendants, Champion Home Builders, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 9). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **August 19, 2019**          /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE